THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00135-MR-DLH

| | |
|---|---|
| CANDICE FRANKLIN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>CAROLYN W. COLVIN, Acting )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | **JUDGMENT** |

For the reasons set forth in the Memorandum of Decision and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion for Judgment on the Pleadings is **DENIED**; the Defendant's Motion for Summary Judgment is **GRANTED**; and the Commissioner's decision is hereby **AFFIRMED**. This case is hereby **DISMISSED WITH PREJUDICE.**

Signed: April 14, 2014

Martin Reidinger
United States District Judge